(HC) Wilson v. Marshall et al                                                                                    Doc. 6

1
2
3
4
5
6
7

United States District Court

Eastern District of California

10
11
12  Theodore O'Dell Wilson,
13           Petitioner,                    No. Civ. S 06-0159 LKK PAN P
14      vs.                                 Order
15  John Marshall, et al.,
16           Respondents.
17                              -oOo-
18      Petitioner, a state prisoner proceeding without counsel,
19  seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and
20  requests leave to proceed in forma pauperis.  (The court has not
21  ruled on petitioner's request to proceed in forma pauperis.)
22      Petitioner challenges a conviction in the Fresno County
23  Superior Court and, therefore, this action should have been
24  commenced in the district court in Fresno.  Local Rule 3-120(d).
25      Pursuant to Local Rule 3-120(f), this action is transferred
26  to the district court in Fresno.

1   The new case number is 1:06CV00141 AWI TAG HC____.   In the
2   future all papers shall bear this number and shall be filed at:
3           United States District Court
            Eastern District of California
4           2500 Tulare Street
            Fresno, CA 93721
5
6       So ordered.
7       Dated:   February 7, 2006.
8                                       /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
9                                       Magistrate Judge

2